LAW OFFICES OF PHILIP DEITCH
**Philip Deitch, SBN 29164**
1717 Fourth Street, Third Floor
Santa Monica, California 90401
Telephone: (310) 899-9600
Fax Number: (310) 899-9609
E-mail: philde@mindspring.com

Attorney for Defendant:
Mr. James Graf

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES L. GRAF,<br><br>Defendant. | CASE NO. CV 11-5691-MMM<br>CASE NO. CR 04-0492-MMM<br><br>**[PROPOSED]** ORDER ON:<br>MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION UNDER 28 U.S.C. SECTION 2255<br><br>Current Date: January 27, 2012<br>Requested Date: March 26, 2012<br>Hon. Margaret M. Morrow |

**GOOD CAUSE APPEARING**, from Counsel Philip Deitch's requests for a 60-day continuance to review the case file and respond to the Government's Opposition on behalf of Defendant James L. Graf, it is Ordered

that the time for Defendant Graf to respond to the Government's Opposition is continued to March 30, 2012.  **No further extensions.**

Dated: February 3, 2012  _____
HONORABLE MARGARET M. MORROW
United States District Judge